872

■ THEODORE L. JORDAN, as Guardian ad Litem of JOSEPH JORDAN, an Infant, et al., Appellants, v. SACKMAN BROS. Co., INC., Respondent, et al., Defendant.— Judgment unanimously affirmed, with costs. No opinion. Concur — Peck, P. J., Botein, Frank, Valente and McNally, JJ.

■ In the Matter of LAWRENCE C. SUTTLE, Respondent, against STEPHEN P. KENNEDY, as Police Commissioner of the City of New York, et al., Appellants.—From the record it appears that the action of the police commissioner was not arbitrary or capricious but was a permissible exercise of his judgment and discretion. There is no basis for our interfering with his determination. Order unanimously reversed and petition dismissed, without costs. Appeal dismissed. No opinion. Concur — Breitel, J. P., Rabin, Frank, Valente and McNally, JJ.

■ SAMUEL TRACHTMAN, Respondent, v. ROBERT A. SCHMITZ et al., Appellants, et al., Defendants.— Judgment unanimously affirmed, with costs. No opinion. Concur — Breitel, J. P., Rabin, Frank, Valente and McNally, JJ. [See post, p. 947.]

■ ALICE RICHMAN, Respondent, v. NEW YORK POST CORPORATION, Appellant, et al., Defendants.— Order, so far as appealed from, unanimously affirmed, with $20 costs and disbursements to the respondent. Concur — Breitel, J. P., Rabin, Frank, Valente and McNally, JJ.

■ E. RICHARD BAGAROZY, Appellant, v. FRED F. STONEMAN et al., Respondents.— Orders unanimously affirmed, with $20 costs and disbursements to the respondents. In reaching its determination, the learned court at Special Term invoked the doctrine of the "law of the case" with respect to the first and second causes of action. That doctrine need not be applied in this court. We conclude that the complaint fails to state a cause of action. Concur— Breitel, J.P., Rabin, Frank, Valente and McNally, JJ.

■ HELEN KASZERMAN, Appellant, v. I. HOWARD LEHMAN et al., as Trustees in Reorganization of Surface Transportation Corporation of New York, Respondents.— Determination unanimously affirmed, with costs. No opinion. Concur — Breitel, J. P., Rabin, Frank, Valente and McNally, JJ.

(Republished.)

■ DANIEL L. GRAY et al., Copartners Doing Business as GRAYCO BUILDERS, Appellants, v. MET CONTRACTING CORP. et al., Respondents.— Order unanimously modified so as to grant the motion to the extent of striking out the second defense and counterclaim, and so as to direct the service of an amended answer pleading in the first defense the facts upon which the claim of estoppel is grounded. As so modified, the order is affirmed, without costs. Settle order on notice. Concur — Peck, P. J., Breitel, Frank, Valente and McNally, JJ. [See ante, p. 495.]

SECOND DEPARTMENT, OCTOBER, 1957

(October 1, 1957)

■ In the Matter of JOHN TORTORELLI et al., Petitioners, against FRED J. MUNDER, as County Judge of County of Suffolk, Respondent.— Proceeding pursuant to article 78 of the Civil Practice Act to review the postponement by a County Judge of the trial of a summary proceeding to recover possession of real property and to order him to direct that the summary proceeding be set for trial for a day certain. Proceeding dismissed, without costs (Civ. Prac. Act, § 1285; Code Crim. Pro., § 7-a; Judiciary Law, § 190). Present — Nolan, P. J., Wenzel, Beldock, Murphy and Ughetta, JJ.